**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT
11/15/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: jb DEPUTY

| | |
|---|---|
| Case Number | 2:23-cr-00564-MWF |
| U.S.A. v. | Gilberto Marquez |
| Defendant Number | 4 |
| Year of Birth | 1989 |

[✓] Indictment  [ ] Information

Investigative agency (FBI, DEA, etc.): DEA

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:
 [ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
 [ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: June 9, 2022

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
 [✓] Los Angeles  [ ] Ventura
 [ ] Orange  [ ] Santa Barbara
 [ ] Riverside  [ ] San Luis Obispo
 [ ] San Bernardino  [ ] Other _____

Citation of Offense: 21 U.S.C. § 841(a)(1)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
 [✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
 [ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
 [✓] No  [ ] Yes
 If "Yes," Case Number: N/A

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

 a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

 b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: N/A
Case Number: N/A
Assigned Judge: N/A
Charging: N/A

The complaint/CVB citation:
 [ ] is still pending
 [ ] was dismissed on: N/A

**PREVIOUS COUNSEL**

Was defendant previously represented?  [✓] No  [ ] Yes
IF YES, provide Name: N/A
Phone Number: N/A

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
 [ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
 [ ] Yes*  [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [✓] No

This is the N/A superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: N/A
Case Number N/A

The superseded case:
 [ ] is still pending before Judge/Magistrate Judge
 N/A
 [ ] was previously dismissed on N/A

Are there 8 or more defendants in the superseding case?
 [ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
 [ ] Yes*  [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
 [ ] Yes  [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES  ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male   ☐ Female
☐ U.S. Citizen   ☑ Alien

Alias Name(s): "Gil", "G"

This defendant is charged in:
☐ All counts
☑ Only counts: 1, 3

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☑ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☑ narcotics offenses
☐ violent crimes/firearms
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud
☐ Other   N/A

**CUSTODY STATUS**

<u>Defendant is **not in custody**</u>:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision?   ☐ Yes   ☑ No
d. Is on bail or release from another district: N/A

<u>Defendant is **in custody**</u>:
a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution: N/A
c. If Federal, U.S. Marshals Service Registration Number: N/A
d. ☐ Solely on this charge. Date and time of arrest: N/A
e. On another conviction:   ☐ Yes   ☑ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☑ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court: N/A
   Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   20   21   40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: N/A

Date: 11/14/2023

/s/ Song
Signature of Assistant U.S. Attorney
MIRI SONG
Print Name