UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. | 2:23-cr-00564-MWF-4 | Date: 11/22/2023 |
| Present: The Honorable: | Rozella A. Oliver, U.S. Magistrate Judge | |
| Interpreter N/A | | Language N/A |

| Donnamarie Luengo | 11/22/2023 | Miri Song |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s)  ✓ Present  In Custody | Attorneys for Defendants:  ✓ Present  CJA |
|---|---|
| Gilberto Marquez | Robertson, John D. |

**Proceedings:** Arraignment of Defendant and/or  ✓ Assignment of Case   Appointment of Counsel

\* Court does not question defendant as to true name.

\* Defendant is arraigned under name on charging document.

\* Defendant acknowledges having read charging document and discussed it with counsel.

\* Defendant pleads "not guilty" to all counts of the charging document.

\* This case is assigned to Judge Michael W. Fitzgerald.

\* It is ordered that the following date(s) and time(s) are set: Jury Trial: 1/16/2024 8:30 AM; Status Conference: 12/4/2023 3:00 PM

\* Judge Fitzgerald is located in 5A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

| cc: | PSALA | PSAED | PSASA | | |
|---|---|---|---|---|---|
| | ✓ USMLA | USMED | USMSA | Appointment of Counsel: | 00 : 00 |
| | Statistics Clerk | | Interpreter | Arraignment: | 00 : 02 |
| | ✓ CJA Supervising Attorney | | Fiscal | Initials of Deputy Clerk: | DL by TRB |