| Submit this form by e-mail to: | |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty. | FILED |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty. | |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty. | 2023 NOV 22  AM 9:38 |
| | CLERK U.S. DISTRICT COURT |
| | CENTRAL DIST. OF CALIF. |
| | LOS ANGELES |
| | BY: ___ |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.                       PLAINTIFF | 2:23-CR-000564-MWF - 4 |
| Gilberto MARQUEZ | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 10478506          DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11/21/2023 at 0800  ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   21USC846

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1989

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Email

10. Remarks (if any): _____

11. Name: Carl White                    (please print)

12. Office Phone Number: 805-297-6192       13. Agency: DEA

14. Signature: s/ Carl White                15. Date: 11/22/2023

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION