# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ☑ LA ☐ RS ☐ SA    DATE FILED: 11/15/2023 |
| | CASE NUMBER: 2:23-cr-00564-MWF-4 ☐ Under Seal |
| v. | INIT. APP. DATE: 11/15/2023    TIME: 1:30 PM |
| Gilberto Marquez | CHARGING DOC: Indictment |
| | DEFENDANT STATUS: In Custody |
| DEFENDANT. | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| | VIOLATION: 21:846=CD.F; 21:841C=CD.F |
| | COURTSMART/REPORTER: CS 11-22-2023 |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Rozella A. Oliver

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Donnamarie Luengo (Deputy Clerk)    Miki Song (Assistant U.S. Attorney)    Interpreter / Language: ___

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☒ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☐ removal hearing / Rule 20.

☐ Defendant states true name ☐ is as charged ☐ is ___

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☒ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☒ Attorney: Robertson, John D.    ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☐ DFPD ☒ Panel ☐ Poss. Contribution

☐ Ordered (see separate order)    ☐ Special appearance by: ___

☒ Government's request for detention is: ☒ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☒ Contested detention hearing is held. ☒ Defendant is ordered: ☒ Permanently Detained ☐ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ ___ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived.    ☐ Class B Misdemeanor    ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge ___. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT**    ☐ Counsel are directed to contact the clerk for District Judge ___ for the setting of further proceedings.

☐ Preliminary Hearing set for ___ at ___ in Los Angeles
☐ Post-Indictment Arraignment set for: ___ at ___ in Los Angeles
☐ Government's motion to dismiss case/defendant ___ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights.    ☐ Process received.
☐ Court ORDERS defendant Held to Answer to ___ District of ___
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before ___
   ☐ Warrant of removal and final commitment to issue. Date issued: ___ By CRD: ___
   ☐ Warrant of removal and final commitment are ordered stayed until ___
☐ Case continued to (Date) ___ (Time) ___ ☐ AM / ☐ PM
☐ Type of Hearing: ___ Before Judge ___ /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom    ☐ Judge's Courtroom ___
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ Release Order issued (if issued using Release Book: Release Order No. ___).
☒ Other: PIA HELD. SEE SEPARATE MINUTES.

RECEIVED: ☐ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10    ☐ READY    Deputy Clerk Initials: dcs    : 18