# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-CR-00564-MWF |
| v. | |
| Gilberto Marquez | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Gilberto Marquez          ☐ Plaintiff  ☒ Defendant  ☐ Other
_Name of Party_

to substitute  Ambrosio E. Rodriguez                                                                who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

626 Wilshire Boulevard
_Street Address_

Los Angeles, CA 90017                              aer@aerlawgroup.com
_City, State, Zip_                                  _E-Mail Address_

213-995-6767               213-995-6368                   200880
_Telephone Number_          _Fax Number_                  _State Bar Number_

as attorney of record instead of  John D. Robertson
_List **all** attorneys from same firm or agency who are withdrawing._

**is hereby**    ☐ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____              _____
                                          U. S. District Judge/U.S. Magistrate Judge

---

G-01 ORDER (09/17)       (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY