**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-CR-00564-MWF - 04 |
| v. | |
| Gilberto Marquez, | ORDER GRANTING REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Gilberto Marquez     ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  Ambrosio E. Rodriguez                                                   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

626 Wilshire Boulevard
*Street Address*

Los Angeles, CA 90017                          aer@aerlawgroup.com
*City, State, Zip*                              *E-Mail Address*

213-995-6767            213-995-6368            200880
*Telephone Number*      *Fax Number*            *State Bar Number*

as attorney of record instead of  John D. Robertson
*List all attorneys from same firm or agency who are withdrawing.*

is hereby    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  December 4, 2023

MICHAEL W. FITZGERALD
United States District Judge

G 01 ORDER (09/17)    ORDER GRANTING REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY