Name & Address:
Ambrosio E. Rodriguez (Cal. SBN 200880)
626 Wilshire Blvd. Suite 460
Los Angeles, CA 90017
213-995-6767 (phone)
213-995-6368 (fax)
aer@aerlawgroup.com (email)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　　　PLAINTIFF<br>　　　　v.<br><br>GILBERTO MARQUEZ<br><br>　　　　　　　　　　　　　　DEFENDANT. | CASE NUMBER<br><br>2:23-cr-00564-MWF<br><br>**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
|---|---|

Application is made by ☐ plaintiff ☑ defendant _Gilberto Marquez_
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge _Hon. Rozella A. Oliver_____ by order dated: _11/22/2023_____

　　☑ denying release and imposing detention under subsection ☑ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
　　☐ ordering release upon certain conditions, or
　　☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
Similarly situated defendant in the case was granted release with $100,000 bail and a surety without justification


　　Relief sought *(be specific)*:
Mr. Marquez is asking for reconsideration as he is similarly situated to codefendant, may be able to post bail with surety.



　　Counsel for the defendant and plaintiff United States Government consulted on _January 18, 2024_____
and opposing counsel declines to stipulate to an order providing the relief sought.

☑  Telephonic notice given to  ☑ AUSA  ☐ Defendant's Counsel  ☐ PSA  ☐ Interpreter  ☐ USM  ☐ Probation
on _January 18, 2024_____ .

　　An interpreter is  ☐ required  ☑ not required. Language _____
　　Defendant is  ☑ in custody  ☐ not in custody.

| January 23, 2024 | /s/ Ambrosio E. Rodriguez |
|---|---|
| Date | Moving Party |