Name & Address:
Ambrosio E. Rodriguez (Cal. SBN 200880)
626 Wilshire Blvd. Suite 460
Los Angeles, CA 90017
213-995-6767 (phone)
213-995-6368 (fax)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF<br><br>v.<br><br>GILBERTO MARQUEZ<br><br><br>DEFENDANT. | 2:23-cr-00564-MWF<br><br>**NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐ is approved.  The matter is set on calendar for hearing before:

☐ District Judge _____

☐ Magistrate Judge _____

on _____ at _____ ☐ a.m. ☐ p.m.

in courtroom _____.

☐  is not approved.

☐  Other: _____

An interpreter is  ☐ required  ☑ is not required.  Language _____
Defendant is  ☐ in custody  ☐ not in custody.

Clerk, U. S. District Court

_____     _____     _____
Date                                        Deputy Clerk                             Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation   ☐ Interpreter's Office   ☐ PSA.