# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Case No.: **CR23-564 MWF-4**   Date: **05/06/2024**

Title: U.S.A. v. **Gilberto Marquez**

Present: The Honorable **Rozella A. Oliver**, ☐ District Judge / ☑ Magistrate Judge

| **James Muñoz** | **MiRi Song** | **CS 05/06/24** |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Court Reporter / Tape No.* |

| **Ambrosio Rodriguez** | **N/A** |
|---|---|
| *Counsel for Defendant* | *Interpreter* |

☑ Retd.     ☐ DFPD     ☐ Panel

**PROCEEDINGS: BAIL REVIEW HEARING**

Hearing on modification of bail had and Court orders bail as to the above-named defendant modified to:

☐ Personal Recognizance *(Signature only - no $ amount)*
☐ Unsecured Appearance Bond in amount of $_____
☐ Appearance Bond in amount of $_____
  ☐ With cash deposit *(amount or %)*_____
  ☐ With affidavit of surety *(no justification - Form CR-4)*
  ☐ With justification affidavit of surety *(Form CR-3)*
  ☐ With deeding of property
☐ PSA supervision     ☐ Intensive

☐ Collateral Bond in amount of $_____ *(Cash or negotiable securities)*
☐ Corporate Surety Bond in amount of $_____ *(Corporate Surety Bond requires separate form)*
☐ Surety to be _____
☐ Release NOW and justify by _____ or appear before Magistrate Judge _____ on _____ at _____ ☐ AM /☐ PM

**THE FOLLOWING ADDITIONAL CONDITIONS OF BAIL HAVE BEEN IMPOSED BY THE COURT**

☐ Defendant is to surrender to the Clerk of Court any passport issued in his/her name and not apply for the issuance of a passport during the pendency of this case.
☐ Bail is subject to a Nebbia Hearing.
☐ Travel restricted to Central District/California; other _____
☐ Defendant to reside with _____
☐ Defendant is not to use or possess illegal drugs.
☐ Defendant is not to use or possess firearms.
☐ Defendant is to cooperate with Pretrial Services in a drug treatment and testing program.
☐ Defendant is to participate in a residential drug/alcohol treatment program as approved by Pretrial Services.
☐ Defendant is not to commit any federal, state or local crimes.
☐ Defendant is to avoid places of egress, i.e., airports, bus terminals, seaports, etc.
☐ Other conditions: _____

☐ Date Bond Posted: _____     ☐ Release ordered. No. _____

**FURTHER ORDER OF THE COURT**

☑ Motion for bail is DENIED.
☐ Case continued to _____ at _____ ☐ AM / ☐ PM for _____
☐ Other: _____

cc: Defense Attorney
    Assistant U.S. Attorney
    ☐ USPO
    ☑ PSALA, ☐ PSASA, ☐ PSAED

_____ : ____15____

By: **jm**

M-18 (08/08)     MINUTES - BAIL MODIFICATION HEARING