Ambrosio E. Rodriguez (State Bar No. 200880)
626 Wilshire Blvd Suite 460
Los Angeles, CA 90017
Tele: 213-995-6767 Fax: 213-995-6368
Email: info@aerlawgroup.com
*Counsel for Defendant*
*Gilberto Marquez*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>Gilberto Marquez,<br><br>  Defendant.<br>_____/ | Case No.: 2:23-CR-00564-MWF<br><br>**[PROPOSED] ORDER RE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT GILBERTO MARQUEZ** |

# [PROPOSED] ORDER

The Motion to Withdraw as Counsel for Defendant Gilberto Marquez ("Motion") having been considered, and good cause appearing for the relief sought,

**IT IS HEREBY ORDERED** that the Motion is granted, and Ambrosio E. Rodriguez is relieved as counsel for defendant Gilberto Marquez.

**IT IS FURTHER ORDERED** that Defendant be appointed counsel in this matter.

**IT IS SO ORDERED.**

Dated: _____  _____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE