EDWARD A. ESQUEDA, ESQ. #146057
Law Office of Edward A. Esqueda
3101 W. BEVERLY BLVD., SUITE 101
MONTEBELLO, CALIFORNIA 90640

TELEPHONE: (323)727-7763
Email: eaejustice@att.net

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff(s) v. GILBERTO MARQUEZ, Defendant(s). | CASE NUMBER: 2:23-CR-00564-MWF <br><br> **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
|---|---|

The Court hereby orders that the request of:

__GILBERTO MARQUEZ__       Plaintiff    **x** Defendant    Other _____
*Name of Party*

to substitute  __EDWARD A. ESQUEDA, ESQ.__  who is

    **x**  Retained Counsel      Counsel appointed by the Court (Criminal cases only)      Pro Se

__3101 W. Beverly Blvd., Suite 101__
*Street Address*

__Montebello, California 90640__         __eaejustice@att.net__
*City, State, Zip*                        *E-Mail Address*

__(323)727-7763__        __(323)530-0456__        __146057__
*Telephone Number*        *Fax Number*        *State Bar Number*

as attorney of record instead of  __Ambrosio E. Rodriguez, Esq.__
*Present Attorney*

**is hereby**       **GRANTED**       **DENIED**


Dated _____, 2024        _____
                                                    U. S. District Judge/U.S. Magistrate Judge